# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>LOGAN GODINHO (1),<br>                  Defendant. | Case No.  19cr4770-WQH<br><br>ORDER OF CRIMINAL FORFEITURE |

      WHEREAS, in the Second Superseding Information the United States sought forfeiture of all right, title, and interest in specific properties of Defendant LOGAN GODINHO (1) ("Defendant"), pursuant to 21 U.S.C. §§ 853(a)(1) and 853(a)(2), as charged in the Second Superseding Information; and

      WHEREAS, on or about February 3, 2022, Defendant pled guilty before this Court to Count 2 of the Second Superseding Information, which count charged the Defendant with conspiracy to distribute controlled substances, in violation of 21 U.S.C. §§ 846 and 841(a)(1); and consented to the criminal forfeiture allegations of the Second Superseding Information; and

      WHEREAS, Defendant also agreed to forfeit via a forfeiture money judgment all proceeds received by the Defendant from the offense set forth in Count 2 in the amount of $381,667.00, all pursuant to 21 U.S.C. § 853(a)(1).  Defendant further agreed to pay the forfeiture money judgment to the Drug Enforcement

1  Administration / United States Marshals Service on or before the first date set for
2  sentencing for application to the forfeiture money judgment; and
3      WHEREAS, by virtue of the admissions of the Defendant set out in the plea
4  agreement and forfeiture addendum, the Court hereby finds that $381,667.00
5  represents the amount of proceeds Defendant personally obtained directly as a
6  result of the offense set forth in Count 2 to which Defendant pled guilty,
7  21 U.S.C. §§ 841 and 846, as charged in the Second Superseding Information; and
8      WHEREAS, by virtue of said guilty plea and the Court's findings, the
9  United States is now entitled to an Order of Forfeiture in its favor against the
10 Defendant in the form of a forfeiture money judgment representing the amount of the
11 proceeds received by the Defendant in the amount of $381,667.00, pursuant to 21
12 U.S.C. § 853(a)(1) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and
13     WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture
14 addendum, the United States has established the requisite nexus between the
15 $381,667.00 forfeiture money judgment and the offense set forth in the Second
16 Superseding Information; and
17     WHEREAS, the United States, having submitted the Order herein to the
18 Defendant through her attorney of record, to review, and no objections having been
19 received;
20     Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
21     1.   Based on the guilty plea of the Defendant to the offense charged in the
22 Second Superseding Information, the United States is entitled to a forfeiture money
23 judgment against Defendant in the amount of $381,667.00 pursuant to 21 U.S.C
24 § 853(a)(1) in the form of a personal money judgment representing proceeds
25 Defendant personally received from the offense of conviction set forth in the Second
26 Superseding Information, which forfeiture money judgment is in favor of the United
27 States against Defendant LOGAN GODINHO (1), with interest to accrue thereon in
28 accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

3. Defendant is directed to comply with the other terms of the forfeiture addendum and plea agreement; and

4. This Court shall retain jurisdiction in the case for the purpose of enforcing the forfeiture money judgment and collecting and enforcing the forfeiture; and

5. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

6. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which the forfeiture money judgement may be enforced; and

7. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $381,667.00 to satisfy the forfeiture money judgment in whole or in part; and

8. The United States may take any and all actions available to it to collect and enforce the forfeiture money judgment.

**IT IS SO ORDERED.**

Dated: August 1, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court